PROB 12C
(6/16)

Report Date: November 23, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Nathaniel Ballard          Case Number: 0980 2:13CR00179-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: June 5, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 4, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Joel Ballard violated the terms of his supervised release by being charged with unauthorized use of a vehicle, on or about October 14, 2018.<br><br>On June 5, 2018, supervision commenced in this matter, On June 7, 2018, Mr. Ballard completed a supervision intake.  The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted mandatory condition number 2.<br><br>On October 29, 2018, Mr. Ballard was sentenced in the State of Oregon under case number 18CR69044, after being found guilty of unauthorized use of a vehicle, a Class C felony, an offense that was noted to have occurred on October 14, 2018.  Under that same case number, he was also sentenced for the crime of felon in possession of a firearm, a Class C felony, conduct which was addressed under violation numbers 1 and 3 in the petition filed on October 15, 2018. |

Prob12C
**Re: Ballard, Joel Nathaniel**
**November 23, 2021**
**Page 2**

In regard to the unauthorized use of a vehicle conviction, Mr. Ballard was sentenced to a 30-month term of custody, followed by a 12-month term of supervision. In regard to the felon in possession of a firearm conviction, Mr. Ballard was sentenced to a 18-month term of custody, followed by a 24-month term of supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/23/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/24/2021
Date